**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

November 18, 2025

Honorable Katherine H. Parker
United States District Magistrate Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

**APPLICATION GRANTED**

/s/ Katharine H. Parker
Hon. Katharine H. Parker, U.S.M.J.
11/18/2025

Re: *United States v. Pedro Manuel Lopez Marte*,
25 Mag. 3584

Dear Judge Parker:

I write to request permission for my client, Pedro Manuel Lopez Marte to travel tomorrow, November 19th to Stamford, Connecticut to attend court on his pending case.

U.S. Pretrial Officer Jessica Aguilar has no objection to this request.

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: James Mandilk, Esq.
Assistant U.S. Attorney
(By ECF & email)

Jessica Aguilar
U.S. Pretrial Officer
(by email)